UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA LABORERS PENSION FUND, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:13-cv-00962-TWP-DML |
| vs. | ) ) | |
| YOUNGS EXCAVATING, INC., | ) ) | |
| Defendant. | ) | |

**ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION
ON PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEEs**

On February 16, 2016, the Magistrate Judge submitted and filed her Report and

Recommendation (Dkt. 44) on the plaintiffs' motion for attorneys' fees and costs.  The parties

were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to

file objections to that Report and Recommendation.  No party has filed an objection.  The Court,

having considered the Magistrate Judge's Report and Recommendation (Dkt. 44) and being duly

advised, now APPROVES and ADOPTS it.  The plaintiffs' motion for attorneys' fees and costs

(Dkt. 37) is GRANTED as provided in the Report and Recommendation and this Order.

IT IS SO ORDERED.

Date:  3/8/2016

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system